**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marco Antonio OCHOA–GONZALEZ,**
**Defendant–Appellant.**

**No. 15–10133**

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2016 *

FILED June 20, 2016

Krissa Marie Lanham, Jeffrey Ryan Borup, Esquire, Assistant U.S. Attorney,

USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Marco Antonio Ochoa–Gonzalez, Winton, NC, Pro Se.

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Marco Antonio Ochoa–Gonzalez appeals from the district court's judgment and challenges his guilty-plea conviction and 70–month sentence for possession with intent to distribute methamphetamine, in violation of · 21 U.S.C. § 841(a)(1) and (b)(1)(C). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ochoa–Gonzalez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ochoa–Gonzalez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Ochoa–Gonzalez waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.